**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LEVI KAHN,

                Plaintiff,                             20 **CIVIL** 5467 (NSR)

      -against-                                 **JUDGMENT**

UNITED COLLECTION BUREAU, INC.
and JOHN DOES 1-25,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 15, 2021, the motion to dismiss the Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         November 16, 2021

                                                  **RUBY J. KRAJICK**
                                                 _____
                                                 **Clerk of Court**
                             **BY:**
                                                 _____
                                                 **Deputy Clerk**